NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**NATHAN SOMMERS,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

_____

2021-1652

_____

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00690-RAH, Judge Richard A. Hertling.

_____

**JUDGMENT**

_____

JOHN B. WELLS, Law Office of John B. Wells, Slidell, LA, argued for plaintiff-appellant.

DOUGLAS GLENN EDELSCHICK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., DOUGLAS K. MICKLE; JESSICA BROOKE COLSIA, FREDERICK RUDESHEIM, Litigation Division, United States Army Legal Services Agency, Fort Belvoir, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, BRYSON, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 11, 2022          /s/ Peter R. Marksteiner
     Date                    Peter R. Marksteiner
                             Clerk of Court